*Edward B. O'Connell,* in support of the petition.

*David F. Sherwood,* in opposition.

Decided November 18, 1998

## MICHAEL E. NAZARKO ET AL. *v.* ZONING COMMISSION OF THE TOWN OF EAST LYME ET AL.

The petition of the defendant Niantic Sportsmen's Club, Inc., for certification for appeal from the Appellate Court, 50 Conn. App. 517 (AC 17188), is denied.

*Theodore A. Harris,* in support of the petition.

*David F. Sherwood,* in opposition.

Decided November 18, 1998

## MICHAEL E. NAZARKO ET AL. *v.* ZONING COMMISSION OF THE TOWN OF EAST LYME ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 517 (AC 17188), is denied.

*Edward B. O'Connell,* in support of the petition.

*David F. Sherwood,* in opposition.

Decided November 18, 1998

## BERNARD O'SHEA *v.* JEFFREY MIGNONE

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 577 (AC 17348), is denied.